**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Aleta Chapman v. Thinh Quoc Pham

Appellate case number:    01-13-00066-CV

Trial court case number:   1006033

Trial court:             County Civil Court at Law No. 3 of Harris County

On February 7, 2017, this Court had requested that the appellee, Thinh Quoc Pham, file a response to appellant's motion for rehearing, if any, within 10 days of the date of that Order. *See* TEX. R. APP. P. 49.2. However, both parties failed to timely file either objections within 10 days or the "Parties Notification to Court of Mediator" within 15 days of this Court's Memorandum Order of Referral to Mediation ("Mediation Order"). This Mediation Order was issued on January 6, 2017, after appellant's docketing statement, filed December 30, 2016, requested mediation.

Accordingly, the Court sua sponte extends the deadline for the parties to file objections to the Mediation Order or else a completed "Parties' Notification to Court of Mediator" to **10 days** from the date of this Order. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 154.022(b), (c) (court will withdraw mediation order if it finds basis for objection to mediation is reasonable) (West Supp. 2016); TEX. R. APP. P. 2; *see also Decker v. Lindsay*, 824 S.W.2d 247, 249–50 (Tex. App.—Houston [1st Dist.] 1992, no pet.) (court cannot force disputants to peaceably resolve their differences, but can compel them to sit down with each other; no abuse of discretion in overruling objection to mediation where party objected based on belief that mediation would not resolve lawsuit). The Court sua sponte **stays** the February 7, 2017 Order pending a response to this Order.

It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
                   ⊠ Acting individually
Date: February 23, 2017